FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 18, 2025

SEAN F. McAVOY, CLERK

AO 91 (Rev.11/11) Criminal Complaint

# United States District Court
### for the
## Eastern District of Washington

| | |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) |
| v. | ) ) Case No. 2:25-mj-00207-JAG |
| JESUS BELTRAN VALENZUELA | ) ) ) |

## CRIMINAL COMPLAINT

I, Jaimie A. Waite, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 16, 2025, in the county of Chelan in the Eastern District of Washington, the defendant(s) violated:

*Code Section*           *Offense Description*
8 U.S.C. § 1326          Alien in the United States After Deportation

This complaint is based on these facts:

On or about January 16, 2025, Jesus BELTRAN VALENZUELA, a citizen and national of Mexico, who theretofore on or about May 18, 2007, had been arrested and deported from the United States at San Luis, Arizona, was found in the United States by Deportation Officer Jaimie Waite, in Chelan County, Washington, within the Eastern District of Washington.

Jesus BELTRAN VALENZUELA did not have the expressed consent of the Attorney General, or his successor, or the Secretary of the Department of Homeland Security to apply for re-entry into the United States.

I further state that I am an Immigration and Enforcement Removal Officer and that this complaint is based on the following facts: I have personal knowledge based upon the documents contained in the defendant's alien file that Jesus BELTRAN VALENZUELA is a citizen and national of Mexico who was arrested and deported from the United States at San Luis, Arizona on May 18, 2007. Additionally, the Defendant, Jesus BELTRAN VALENZUELA, was identified by Chelan County Sheriff Deputies in Chelan County, Washington, on January 16, 2025. The Defendant Jesus BELTRAN VALENZUELA was identified during a traffic stop in Wenatchee, Washington.

☑ Continued on the attached sheet

The name, Jesus BELTRAN VALENZUELA and date of birth, ███████, are the same as the alien who was removed to Mexico on May 18, 2007, at San Luis, Arizona. On April 01, 2025, I compared the Washington State DOL photo to the photo used on May 18, 2007, at San Luis, Arizona and determined they are the same person.

Based on my knowledge as aforesaid, the Attorney General, or his successor, or the Secretary of the Department of Homeland Security has not approved the Defendant for re-admission into the United States.

_____
*Complainant's signature*

Jaimie A. Waite, Deportation Officer, ICE
*Printed name and title*

Sworn to before me telephonically and signed electronically,

this __18__ day of April, 2025

_____
*Judge's signature*

City and state: ~~Spokane, Washington~~ JAG
Walla Walla, Washington

James A. Goeke, United States Magistrate Judge