FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 18, 2025

SEAN F. MCAVOY, CLERK

# CHARGES AND PENALTIES

**CASE NAME: <u>JESUS BELTRAN VALENZUELA</u>**          **CASE NO. <u>2:25-mj-00207-JAG</u>**

TOTAL # OF COUNTS:  __1__     FELONY __1__   MISDEMEANOR _____   PETTY OFFENSE _____

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 8 U.S.C. § 1326 | Alien in the United States After Deportation | Not more than 2 years imprisonment; and/or a $250,000 fine; 1 year supervised release; a $100 special penalty assessment |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |